```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
AXA ART INSURANCE CORPORATION AS SUBROGEE
OF FRANK STELLA,

                PLAINTIFF,                O R D E R

        - AGAINST -             09 Civ. 6472 (NRB)

GALERIE FISCHER ROHR CORP. and YANG MING
MARINE TRANSPORT CORP.,

                DEFENDANTS.
----------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    It having been reported to this Court that this case has been settled, it is

    **ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:    New York, New York
            February 24, 2010

                                  _____
                                  NAOMI REICE BUCHWALD
                                  UNITED STATES DISTRICT JUDGE